# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Dickman

          V.                    **JUDGMENT IN A CIVIL CASE**

Emery, et al

                                 **CASE NUMBER:**    02cv2371 BEN(WMc)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Dr. Emery's motion is granted. Dr. Emery is entitled to summary Judgement..............................

| July 27, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON July 27, 2007 |